UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|                 Plaintiff, | ) 2:03-cr-00350-LRH-LRL |
| vs. | ) MINUTE ORDER |
| BOOKER WASHINGTON, | ) July 23, 2009 |
|                 Defendant. | ) |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Defendant's Motion to Dismiss Request for Nunc Pro Tunc for Amended Judgment (#1433[1]) regarding issues relating to his concurrent sentences and/or receiving back time credit.  Good cause appearing, Defendant's motion (#1433) is granted without prejudice in order to allow Defendant to file a motion addressing issues regarding his sentencing.

                                        LANCE S. WILSON, CLERK

                                        By:          /s/
                                                  Deputy Clerk

---

[1] Refers to court's docket number.